UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: Matthew R. Molnar, Sr.<br>Jennifer L. Molnar | * | Case No. 14-31903 W |
| | * | **Chapter 13** |
| | * | **Judge Mary Ann Whipple** |
| **Debtor**s | * | **MOTION OF TRUSTEE TO DISMISS FOR NON-COMPLIANCE** |
| | * | |

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, and moves the Court for an order dismissing this case, because the debtors are in material default with the provisions of the confirmed Plan, in that plan payments by or for the debtors to the Trustee have not been maintained as required.

The debtors' last payment was received on October 9, 2015. Debtors' confirmed Plan set payments in the amount of $475.39 Biweekly.

WHEREFORE, Trustee moves the Court for an order dismissing the case.

    /s/ *Elizabeth A. Vaughan*
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo, Ohio 43604

## **CERTIFICATION**

I certify that on January 6, 2016, a true and correct copy of the Motion of Trustee to Dismiss for Non-Compliance was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Nathan M. Nishiki, on behalf of Debtors, at nnishiki@ohiolegalclinic.com

    United States Trustee at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Matthew R. Molnar, Sr. And Jennifer L. Molnar,
    156 Deleon Road
    Debary, Fl 32713-2949
    Debtors

    /s/ *Elizabeth A. Vaughan*
    Elizabeth A. Vaughan
    Standing Chapter 13 Trustee
    316 N. Michigan St., Suite 501
    Toledo, Ohio 43604